WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SANDRA ROGERS,**                                                  CV # 03-1702-BR

    Plaintiff,

vs.                                                                 ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Attorney fees in the amount of $7,500.00 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). No costs or expenses are awarded.

DATED this 14th day of June, 2005.

                                                _____
                                                United States District Judge

Submitted on June 9, 2005 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1